AO91 (Rev. 12/03)  Criminal Complaint          *Felmy*          AUSA

United States District Court
Southern District of Texas
FILED

AUG 3 1 2014

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **vs.** | |
| 1. Luis Alberto GOMEZ | Case Number: B-14- MJ- 810 |
| A202 073 176  United States | |
| 2. Hanna Lind HAMILTON | |
| A202 073 177  United States | |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about    August 29, 2014    in    Kenedy    County, in

the                      Southern District Of Texas                      defendant(s)

knowingly, willfully, and in reckless disregard of the fact that two undocumented alien(s) had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title      8      United States Code, Section(s)      1324(a)(1)(A)(ii)

I further state that I am a(n)      Border Patrol Agent      and that this complaint is based on the following facts:

On August 29, 2014 at 1:35 P.M. agents assigned to the Sarita Texas Border Patrol Checkpoint conducted an immigration inspection on a silver Grand Prix. The driver, later identified as Luis Alberto GOMEZ, was asked his citizenship, he stated he was a United States citizen. The front seat passenger, later identified as Hanna Lind Hamilton, also stated she was a United States citizen. The three backseat passengers, an adult female and two juveniles were questioned as to their citizenship. The adult female became extremely nervous and could not answer the agent's questions. They were referred to secondary for a detailed interview. In secondary, interview revealed the adult female and one juvenile to be undocumented immigrants from El Salvador and the other juvenile to be a United States citizen.

Defendant had no currency.

Continued on the attached sheet and made a part of this complaint:        ☒ Yes   ☐ No

/S/ Paez, Aaron  Border Patrol Agent
Signature of Complainant

Paez, Aaron    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 31, 2014                                        at    Brownsville, Texas
Date                                                          City/State

Ronald Morgan              U.S. Magistrate Judge
Name of Judge              Title of Judge                    Signature of Judge