B-14-MJ-810

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**

**V.**

Luis Alberto GOMEZ
 A202 073 176  United States
Hanna Lind HAMILTON
 A202 073 177  United States

**CRIMINAL COMPLAINT**

Case Number: B-14-

Through further investigation it was determined that Luis Alberto GOMEZ and Hanna Lind HAMILTON were the principals in the smuggling scheme of the undocumented immigrants for financial gain.

SUBSCRIBED and SWORN to before me this _____31st_____ day of _____August, 2014_____.

_____
Signature of Judicial Officer

/S/ Paez, Aaron    Border Patrol Agent
Signature of Complainant